Argued October 26, affirmed October 26, 1971

STATE OF OREGON, *Respondent, v.* WILLIAM
WOODMAN HAYNES, *Appellant.*

489 P2d 973

*William G. Whitney,* Portland, argued the cause
and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him
on the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.